

# NUMBER 13-12-00761-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES G. PALUMBO AND CHERI C. PALUMBO,                    Appellants,

v.

LAGUNA MADRE CONSTRUCTION, INC.
D/B/A BAY AREA CONSTRUCTION,                    Appellee.

**On appeal from the 103rd District Court
of Cameron County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellants, James G. Palumbo and Cheri C. Palumbo, attempted to perfect an appeal from an order entered by the 103rd District Court of Cameron, County, Texas, in cause no. 2011-DCL-03781-D. Upon review of the documents before the Court, it appeared that the order from which this appeal was taken was not an appealable order.

The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellants have failed to respond to the Court's notice.

The Court, having considered the documents on file and appellants' failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(a),(c).

PER CURIAM

Delivered and filed the
7th day of February, 2013.

2